# DISCOVERY PLAN WORKSHEET
## Tier I Pre-Settlement Discovery

|  | Plaintiff's Proposal | Defendants' Proposal |
|---|---|---|
| Deadline for completion of Rule 26(a) initial disclosures and HIPAA-complaint records authorizations: | March 10, 2016 | March 10, 2016 |
| Completion date for Phase I Discovery as agreed upon by the parties: *(Reciprocal and agreed upon document production, generally not including depositions, unless otherwise agreed. No more than 30 days after Initial Conference)* | March 25, 2016 | April 20, 2016 |
| Status conference TBD by the court: *(Generally 15 days post Tier I Discovery)* | | |

## Tier II Discovery and Motion Practice

|  | Plaintiff's Proposal | Defendants' Proposal |
|---|---|---|
| Motion to join new parties or amend the pleadings: *(Presumptively 15 days post status conference)* | April 22, 2016 | May 20, 2016 |
| First requests for production of documents and for interrogatories due by: *(Presumptively 15 days post joining/amending)* | May 6, 2016 | June 3, 2016 |
| All fact discovery completed by: *(Presumptively 3.5 months post first requests for documents/interrogatories)* | August 19, 2016 | October 28, 2016 |
| Exchange of expert reports completed by: *(Presumptively 30 days post fact discovery)* | September 19, 2016 | December 13, 2016 |
| Expert depositions completed by: *(Presumptively 30 days post expert reports)* | October 19, 2016 | January 19, 2017 |
| Final date to take first step in dispositive motion practice: *(Parties are directed to consult the District Judge's individual rules regarding such motion practice. Presumptively 30 days post expert depositions)* | November 9, 2016 | February 19, 2017 |
| **COMPLETION OF ALL DISCOVERY BY:** *(Note: Presumptively 9 months after Initial Conference.)* | November 10, 2016 | January 31, 2017 |
| Submission of joint pre-trial order: | January 9, 2017 | April 27, 2017 |
| Final Pre-Trial Conference TBD by the court: | | |

**Defendants believe that discovery will require more time than allotted by the presumptive dates.**