| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: ANNE Y. SHIELDS<br>         U.S. MAGISTRATE JUDGE | DATE: 4/18/2016<br>TIME: 4:00PM |

CASE:  **CV 15-CV-6015 (DRH) (AYS)** Canon U.S.A. Inc. v. F & E Trading LLC, et al.

TYPE OF CONFERENCE: Discovery Telephone Conference

APPEARANCES:  Plaintiff  Dai Wai Chin Feman

Defendant  Steven Frankel

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐  Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒  Other: The Court is clarifying its original order from February 25, 2016, which directed Defendant to identify all "DBA's" under which it has distributed or sold products bearing the Canon name.  "DBA's" shall now include any affiliated entities.  By May 9, 2016, Defendant is directed to disclose to Plaintiff, the identities of the affiliated entities under which it has distributed or sold products bearing the Canon name in the last five years.  The date by which motions to join new parties or amend the pleadings must be made is extended from April 22, 2016, to May 30, 2016.  By May 9, 2016, Defendant shall provide Plaintiff with information regarding the implementation of the website and document disclaimers.

SO ORDERED

/s/ Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge