UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CANON U.S.A. INC.,

            Plaintiff – Counterclaim Defendant,

v.

F & E TRADING LLC, a New York Limited Liability Company; F & E TRADING LLC, a New Jersey Limited Liability Company; BIG VALUE PLUS LLC d/b/a BIG VALUE INC.; ANOTHER DEAL SITE LLC; PLATINUM CAPITAL GROWTH LLC d/b/a ELECTRONICS VALLEY; ELECTRONICS BASKET LLC; ELITE IT GROUP LLC d/b/a DAVISMAX, NETSALES, WEB OFFERS, and BRAND SPECIALS; 6TH AVENUE EXPRESS LLC d/b/a GADGET CIRCUIT; and ALBERT HOULLOU,

           Defendants – Counterclaim Plaintiffs.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 15-cv-6015 (DRH)(AYS)

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, F & E Trading LLC, a New York Limited Liability Company; F & E Trading LLC, a New Jersey Limited Liability Company; Big Value Plus LLC d/b/a Big Value Inc.; Another Deal Site LLC; Platinum Capital Growth LLC d/b/a Electronics Valley; Electronics Basket LLC; Elite IT Group LLC d/b/a DavisMax, Netsales, Web Offers, and Brand Specials; and 6th Avenue Express LLC d/b/a Gadget Circuit hereby state, by and through their undersigned counsel, that there is no publicly-held corporation that owns 10% or more of any of their stock.

Dated: June 30, 2016

                GOLDBERG & RIMBERG, PLLC

                By: s/ Steven E. Frankel
                Efrem Schwalb
                Steven E. Frankel
                115 Broadway, Suite 302
                New York, New York 10006
                (212) 697-3250
                ets@grlawpllc.com
                sfrankel@grlawpllc.com

                *Attorneys for Defendants – Counterclaim Plaintiffs*