

BRUCE R. EWING
(212) 415-9206
ewing.bruce@dorsey.com

October 28, 2016

**VIA ECF**

Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
P.O. Box 830
Central Islip, New York 11722
Courtroom 830

      Re:   *Canon U.S.A., Inc. v. F & E Trading LLC et al.*
             Case No. 2:15-cv-6015-DRH-AYS

Dear Magistrate Judge Shields:

      We represent plaintiff Canon U.S.A., Inc. ("Canon USA") in the above-referenced action (the "Action"). We write jointly with counsel for all defendants to request an adjournment of the deadlines set forth in the operative Discovery Plan Worksheet.

      There has been one (1) prior request for adjournment. Specifically, on June 3, 2016, the parties jointly requested an extension of discovery deadlines in light of Canon USA's filing of a Second Amended Complaint naming new defendants. *See* ECF No. 53. The parties' request was granted on June 5, 2016.

DORSEY & WHITNEY LLP · WWW.DORSEY.COM · T 212.415.9200 · F 212.953.7201
51 WEST 52ND STREET · NEW YORK, NEW YORK 10019-6119
USA  CANADA  EUROPE  ASIA



Hon. Anne Y. Shields
October 28, 2016
Page 2

The current deadlines and agreed-upon proposed deadlines are as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| All fact discovery completed | November 1, 2016 | March 1, 2017 |
| Exchange of expert reports | December 1, 2016 | April 3, 2017 |
| Expert depositions completed | January 5, 2017 | May 12, 2017 |
| Completion of all discovery | January 17, 2017 | May 26, 2017 |
| Final date to take first step in dispositive motion practice | February 7, 2017 | June 14, 2017 |
| Submission of joint pre-trial order | April 6, 2017 | August 14, 2017 |

Respectfully submitted,

*/s/ Bruce R. Ewing*

Bruce R. Ewing

cc:    Counsel of Record (via ECF)