| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

BEFORE: ANNE Y. SHIELDS             DATE: 5/20/19
          U.S. MAGISTRATE JUDGE

CASE: **CV 15-6015 (DRH) (AYS)** Canon, U.S.A., Inc. V. F & E Trading, LLC, et al

TYPE OF CONFERENCE: TELEPHONE

APPEARANCES:     Plaintiff     Jonathan Montcalm

                      Defendant     Ronald Coleman

**THE FOLLOWING RULINGS WERE MADE:**

☐     Scheduling Order entered.

☐     Settlement conference scheduled for ___ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐     Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐     The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

X     Other:

**Rulings by the Court:**

- Plaintiff's motion to compel production from Defendant and for sanctions found at docket entry No. 104 is granted in part and denied in part.

- Sanctions are denied at this time. However, Defendant is warned that continued failure to comply with discovery orders may result in Rule 37 sanctions.

- Counsel are directed to confer and submit a joint letter to this Court on May 23, 2019 setting forth a final proposed discovery schedule for this Court's review.

                                            SO ORDERED

                                            /s/ Anne Y. Shields
                                            ANNE Y. SHIELDS
                                            United States Magistrate Judge